# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JOHN A. SPEIS, | : | |
| | : | |
|         DEBTOR, | : | CASENO. 15-24674-CMB |
| | : | |
| VS. | : | CHAPTER 13 |
| | : | |
| JOHN A. SPEIS, | : | DOCUMENT NO. 45 |
| | : | |
|         MOVANT, | : | |
| | : | |
| AES/PHEAA; AES PHEAA REHABS; AMY J. SPEIS; ATTY. PAULA CIALELLA; BANK OF OKLAHOMA MORTGAGE; CAPITAL ONE; CAPITAL ONE BANK USA, NA; CALVARY PORTFOLIO SERVICES; CBNA; CHASE; CITI; CITI-BP OIL; CONVERGENT; CREDIT ACCEP-TANCE; CREDIT ONE BANK, NA; DAVID WAGNER; DISCOVER FINANCIAL SERVICES LLC; EASTERN ACCOUNT SYSTEM; ENHANCED RECOVERY CO.; FIRST NATIONAL BANK OF PA; HERTZ LOCAL EDITION; HLADIK, ONORATO & FEDERMAN, LP; HSBC AUTO; HSBC BANK; HSBC BANK, USA; HSBC/SCUSA; IC SYSTEM, INC.; JAMESON HEALTH SYSTEM; LAWRENCE COUNTY SHERIFF; LAWRENCE COUNTY PROTHO-NOTARY; MCYDSNB; MDJ MELISSA AMODIE; MIDLAND FUNDING; NCB (CITI FIN. AUTO) OMNI MANAGEMENT& ASSOC.; PORTFOLIO RECOVERY ASSOCIATES; SANTANDER CONSUMER USA; SELECT PORTFOLIO SERVICINGS, INC.; | : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |

| | |
|---|---|
| **SHENANGO CHINA EFCU; SNOW & SNOW, PC. SPRINGLEAF FINANCIAL; SYNCB/LORD & TAYLOR; SYNCB/PLCC; TARGET TWIN AIR HEATING & COOLING; VERIZON; WEB BANK; WELLS FARGO HOME MORTGAGE; WF CARD SVS.; WFDILLARDS; ZUCKER, GOLDBERG & ACKERMAN, RONDA J. WINNECOUR, TRUSTEE; UNITED STATES** | : : : : : : : : : : : : : |
| **RESPONDENTS.** | : |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR POST-PETITION FINANCING TO PURCHASE VEHICLE

The Undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Post-Petition Financing to Puchase Vehicle filed on April 19, 2018, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.

Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 14, 2018.

It is hereby respectfully rquested that the Order attached to the Motion be entered by this Court.

Dated:  May 15, 2018                         /s/ *Louis Pomerico, Esquire*
                                             Louis Pomerico, Esquire
                                             PA. I.D. NO. 22855
                                             Attorney for Debtor
                                             2910 Wilmington Road
                                             New Castle, PA   16105
                                             (724) 658-7759
                                             info@pomericolaw.com