**SHENANGO CHINA AREA FEDERAL CREDIT UNION**
2656 Ellwood Rd, Suite 1
New Castle, PA 16101
Phone: 724.658.2686  Fax: 724.658.8155

June 26, 2018

Clerk:

The reason for this letter is to update our address from 136 Cascade Galleria, P.O. Box 191, New Castle, PA 16103-0191 to the new address of: 2656 Ellwood Rd, Suite 1, New Castle, PA 16101.

We are currently receiving payments for John A. Speis, Bankruptcy Case # 1524674.

Please call me with any questions at 724.658.2686.

Sincerely,

*Kristen R DiNardo*

Kristen R. DiNardo
Assistant Manager

RECEIVED
2018 JUN 27 A 10:23
U.S. BANKRUPTCY COURT
PITTSBURGH