## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JOHN A. SPEIS, | : | |
| | : | |
| DEBTOR, | : | CASENO. 15-24674-CMB |
| | : | |
| VS. | : | CHAPTER 13 |
| | : | |
| JOHN A. SPEIS, | : | DOCUMENT NO. 52 |
| | : | |
| MOVANT, | : | |
| | : | |
| AES/PHEAA; AES PHEAA | : | |
| REHABS; AMY J. SPEIS; ATTY. | : | |
| PAULA CIALELLA; BANK OF | : | |
| OKLAHOMA MORTGAGE; | : | |
| CAPITAL ONE; CAPITAL ONE | : | |
| BANK USA, NA; CALVARY | : | |
| PORTFOLIO SERVICES; CBNA; | : | |
| CHASE; CITI; CITI-BP OIL; | : | |
| CONVERGENT; CREDIT ACCEP- | : | |
| TANCE; CREDIT ONE BANK, NA; | : | |
| DAVID WAGNER; DISCOVER | : | |
| FINANCIAL SERVICES LLC; | : | |
| EASTERN ACCOUNT SYSTEM; | : | |
| ENHANCED RECOVERY CO.; | : | |
| FIRST NATIONAL BANK OF PA; | : | |
| HERTZ LOCAL EDITION; | : | |
| HLADIK, ONORATO & | : | |
| FEDERMAN, LP; HSBC AUTO; | : | |
| HSBC BANK; HSBC BANK, USA; | : | |
| HSBC/SCUSA; IC SYSTEM, INC.; | : | |
| JAMESON HEALTH SYSTEM; | : | |
| LAWRENCE COUNTY SHERIFF; | : | |
| LAWRENCE COUNTY PROTHO- | : | |
| NOTARY; MCYDSNB; MDJ | : | |
| MELISSA AMODIE; MIDLAND | : | |
| FUNDING; NCB (CITI FIN. AUTO) | : | |
| OMNI MANAGEMENT& ASSOC.; | : | |
| PORTFOLIO RECOVERY | : | |
| ASSOCIATES; SANTANDER | : | |
| CONSUMER USA; SELECT | : | |
| PORTFOLIO SERVICINGS, INC.; | : | |
| SHENANGO CHINA EFCU; SNOW | : | |

& SNOW, PC. SPRINGLEAF           :
FINANCIAL; SYNCB/LORD &          :
TAYLOR; SYNCB/PLCC; TARGET       :
TWIN AIR HEATING &               :
COOLING; VERIZON; WEB            :
BANK; WELLS FARGO HOME           :
MORTGAGE; WF CARD SVS.;          :
WFDILLARDS; ZUCKER,              :
GOLDBERG & ACKERMAN,             :
RONDA J. WINNECOUR,              :
TRUSTEE; UNITED STATES           :
                                 :
             RESPONDENTS.        :

## CONSENT ORDER

**WHEREAS,** on August 29, 2018, Debtor filed a Motion to Amend Order

Confirming Chapter 13 Post-Petition Financing Dated May 22, 2018, requesting that this

Honorable Court amend said Order to reflect finaning through Westlake Financial

Services rather than Santander Auto Finance.

**WHEREAS,** the Chapter 13 Bankruptcy Trustee is unopposed to this Motion.

_____
UNITED STATES BANKRUPCY JUDGE

**AGREED AND CONSENTED TO:**

/s/Owen Katz, Esquire
Owen Katz, Esquire
Attorney for Chapter 13 Trustee
USX Tower
Grant Street
Pittsburgh, PA   15222

/s/ Louis Pomerico, Esquire
Louis Pomerico, Esquire
PA. I.D. NO. 22855
Attorney for Debtor
2910 Wilmington Road
New Castle, PA   16105
(724) 658-7759
info@pomericolaw.com