UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | |
| JOHN A. SPEIS, : | |
| : | |
| DEBTOR, : | CASE NO. 15-24674-CMB |
| : | |
| VS. : | CHAPTER 13 |
| : | |
| JOHN A. SPEIS, : | DOCUMENT NO. 52 |
| : | |
| MOVANT, : | |
| : | Related to Doc. No. 49 |
| AES/PHEAA; AES PHEAA : | |
| REHABS; AMY J. SPEIS; ATTY. : | |
| PAULA CIALELLA; BANK OF : | |
| OKLAHOMA MORTGAGE; : | |
| CAPITAL ONE; CAPITAL ONE : | |
| BANK USA, NA; CALVARY : | |
| PORTFOLIO SERVICES; CBNA; : | |
| CHASE; CITI; CITI-BP OIL; : | |
| CONVERGENT; CREDIT ACCEP- : | |
| TANCE; CREDIT ONE BANK, NA; : | |
| DAVID WAGNER; DISCOVER : | |
| FINANCIAL SERVICES LLC; : | |
| EASTERN ACCOUNT SYSTEM; : | |
| ENHANCED RECOVERY CO.; : | |
| FIRST NATIONAL BANK OF PA; : | |
| HERTZ LOCAL EDITION; : | |
| HLADIK, ONORATO & : | |
| FEDERMAN, LP; HSBC AUTO; : | |
| HSBC BANK; HSBC BANK, USA; : | |
| HSBC/SCUSA; IC SYSTEM, INC.; : | |
| JAMESON HEALTH SYSTEM; : | |
| LAWRENCE COUNTY SHERIFF; : | |
| LAWRENCE COUNTY PROTHO- : | |
| NOTARY; MCYDSNB; MDJ : | |
| MELISSA AMODIE; MIDLAND : | |
| FUNDING; NCB (CITI FIN. AUTO) : | |
| OMNI MANAGEMENT& ASSOC.; : | |
| PORTFOLIO RECOVERY : | |
| ASSOCIATES; SANTANDER : | |
| CONSUMER USA; SELECT : | |
| PORTFOLIO SERVICINGS, INC.; : | |
| SHENANGO CHINA EFCU; SNOW : | |

| | |
|---|---|
| & SNOW, PC. SPRINGLEAF FINANCIAL; SYNCB/LORD & TAYLOR; SYNCB/PLCC; TARGET TWIN AIR HEATING & COOLING; VERIZON; WEB BANK; WELLS FARGO HOME MORTGAGE; WF CARD SVS.; WFDILLARDS; ZUCKER, GOLDBERG & ACKERMAN, RONDA J. WINNECOUR, TRUSTEE; UNITED STATES | : : : : : : : : : : : |
| RESPONDENTS. | : |

## CONSENT ORDER

**WHEREAS,** on August 29, 2018, Debtor filed a Motion to Amend Order Confirming Chapter 13 Post-Petition Financing Dated May 22, 2018, requesting that this Honorable Court amend said Order to reflect finaning through Westlake Financial Services rather than Santander Auto Finance.

**WHEREAS,** the Chapter 13 Bankruptcy Trustee is unopposed to this Motion.

_____
UNITED STATES BANKRUPCY JUDGE

**AGREED AND CONSENTED TO:**

/s/Owen Katz, Esquire
Owen Katz, Esquire
Attorney for Chapter 13 Trustee
USX Tower
Grant Street
Pittsburgh, PA   15222


/s/ Louis Pomerico, Esquire
Louis Pomerico, Esquire
PA. I.D. NO. 22855
Attorney for Debtor
2910 Wilmington Road
New Castle, PA   16105
(724) 658-7759
info@pomericolaw.com

FILED
9/10/18 11:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-24674-CMB
John A. Speis                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1            Date Rcvd: Sep 10, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
db             +John A. Speis,   3007 Old Pittsburgh Rd.,   New Castle, PA 16101-6086

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
              Danielle  Boyle-Ebersole    on behalf of Creditor    HSBC Bank USA et al c/o Select Portfolio
               Servicing, Inc. debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              James   Warmbrodt    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series
               2005-1, Mortgage-Backed Notes, Series 2005-1 bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    HSBC Bank USA, National Assocation, as Trustee for
               People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series
               2005-1, Mortgage-Backed Notes, Series 2005-1 bkgroup@kmllawgroup.com
              Louis R. Pomerico    on behalf of Debtor John A. Speis info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Matthew Christian Waldt    on behalf of Creditor    HSBC Bank USA, National Assocation, as Trustee
               for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust
               Series 2005-1, Mortgage-Backed Notes, Series 2005-1 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7