# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JOHN A. SPEIS, | : | |
| | : | |
|        DEBTOR, | : | CASENO. 15-24674-CMB |
| | : | |
| VS. | : | CHAPTER 13 |
| | : | |
| JOHN A. SPEIS, | : | DOCUMENT NO. 49 |
| | : | |
|        MOVANT, | : | |
| | : | |
| AES/PHEAA; AES PHEAA REHABS; AMY J. SPEIS; ATTY. PAULA CIALELLA; BANK OF OKLAHOMA MORTGAGE; CAPITAL ONE; CAPITAL ONE BANK USA, NA; CALVARY PORTFOLIO SERVICES; CBNA; CHASE; CITI; CITI-BP OIL; CONVERGENT; CREDIT ACCEP-TANCE; CREDIT ONE BANK, NA; DAVID WAGNER; DISCOVER FINANCIAL SERVICES LLC; EASTERN ACCOUNT SYSTEM; ENHANCED RECOVERY CO.; FIRST NATIONAL BANK OF PA; HERTZ LOCAL EDITION; HLADIK, ONORATO & FEDERMAN, LP; HSBC AUTO; HSBC BANK; HSBC BANK, USA; HSBC/SCUSA; IC SYSTEM, INC.; JAMESON HEALTH SYSTEM; LAWRENCE COUNTY SHERIFF; LAWRENCE COUNTY PROTHO-NOTARY; MCYDSNB; MDJ MELISSA AMODIE; MIDLAND FUNDING; NCB (CITI FIN. AUTO) OMNI MANAGEMENT& ASSOC.; PORTFOLIO RECOVERY ASSOCIATES; SANTANDER CONSUMER USA; SELECT PORTFOLIO SERVICINGS, INC.; SHENANGO CHINA EFCU; SNOW | : | |

| | |
|---|---|
| & SNOW, PC. SPRINGLEAF FINANCIAL; SYNCB/LORD & TAYLOR; SYNCB/PLCC; TARGET TWIN AIR HEATING & COOLING; VERIZON; WEB BANK; WELLS FARGO HOME MORTGAGE; WF CARD SVS.; WFDILLARDS; ZUCKER, GOLDBERG & ACKERMAN, RONDA J. WINNECOUR, TRUSTEE; UNITED STATES | : : : : : : : : : : : |
| RESPONDENTS. | : |

## ORDER CONFIRMING CHAPTER 13 POST-PETITION FINANCING

AND NOW, this __10th__ day of Sept., 2018, upon consideration of the Debtor's Motion to Amend Order Confirming Chapter 13 Post Petition Financing dated May 22, 2018, it is **ORDERED**, **ADJUDGED** and **DECREED** that this Honorable Court amend said Order Confirming Chapter 13 Post-Petition Financing issued on May 22, 2018, (Doc. No. 46) to reflect approval of financing through Westlake Financial Services rather than Santander Auto Finance pursuant to their terms and conditions.

BY THE COURT:

_____ J.
Carlota M. Böhm
dmr

FILED
9/10/18 11:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-24674-CMB
John A. Speis                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 2           Date Rcvd: Sep 10, 2018
                              Form ID: pdf900         Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
```
db             +John A. Speis,    3007 Old Pittsburgh Rd.,    New Castle, PA 16101-6086
cr             +Shenango China Area FCU,    2656 Ellwood Rd, Suite 1,    New Castle, PA 16101-6282
14156266       +ATTORNEY PAULA CIALIA,    113 N. MERCER ST.,    New Castle, PA 16101-3813
14156263       +Aes/Pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
14156264       +Aes/Pheaa Rehabs,    Po Box 61047,    Harrisburg, PA 17106-1047
14175241       +Attorney Paula Cialla,    113 N Mercer St.,    New Castle, PA 16101-3813
14156267       +Bank Of Oklahoma Mtg,    7060 S Yale Ave,    Tulsa, OK 74136-5711
14212614      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Pennsylvania,     P.O. Box 117,    Columbus, OH 43215)
14156275        CONVERGENT,    PO Box 9004,    Renton, WA 98057-9004
14156271       +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14156272        Chase,    Po Box 901003,    Columbus, OH 43224
14156273       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14156274       +Citi-Bp Oil,    Po Box 6497,    Sioux Falls, SD 57117-6497
14156276       +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
14156278      #+DAVID WAGNER,    416 E SHERIDAN AVE.,    New Castle, PA 16105-2627
14369786        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
14156280      #+Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
14175243       +FNB,    One FNB Blvd., 5th Floor,    Hermitage, PA 16148-3347
14156282       +First National Bank of PA,    One FNB Blvd., 5th Floor,    Hermitage, PA 16148-3363
14156283       +HERTZ LOCAL EDITION,    HLE COMMERCIAL DEPT 1153,    PO BOX 121154,    DALLAS, TX 75312-1154
14156286       +HSBC BANK USA,    3815 SOUTH WEST TEMPLE,    PO BOX 65250,    Salt Lake City, UT 84165-0250
14234737       +HSBC Bank USA et al c/o,    Select Portfolio Servicing, Inc.,    P.O. Box 65450,
                 Salt Lake City, UT 84165-0450
14189842       +Hladik, Onorato & Federman, LLP,    298 Wissahickon Ave.,    North Wales, PA 19454-4114
14156284       +Hsbc Auto,    6602 Convoy Ct,    San Diego, CA 92111-1009
14156285       +Hsbc Bank,    Po Box 9,    Buffalo, NY 14240-0009
14156288       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14156289       +Jameson Health Sys.,    1211 Wilmington Rd.,    New Castle, PA 16105-2516
14156290       +Lawrence County Prothonotary,    430 Court St.,    New Castle, PA 16101-3558
14189144       +Lawrence County Sheriff,    430 Court St.,    New Castle, PA 16101-3503
14156292       +MDJ MELISSA AMODIE,    430 COURT ST.,    New Castle, PA 16101-3503
14156291       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
14156294       +NCB (CITI FIN AUTO),    PO BOX 1099,    Langhorne, PA 19047-6099
14156295       +Omni Mngt,    PO BOX 8749,    Toledo, OH 43623-0749
14159792       +PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
14156297       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
14158596        Security Credit Services, LLC,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
14156298       +Shenango China Efcu,    2656 Ellwood Rd., Suite 1,    New Castle, PA 16101-6282
14156299       +Snow and Snow, PC,    215 W Elizabeth St.,    New Castle, PA 16105-1947
14156304       +TWIN AIR HEATING & COOLING,    2625 HARLANSBURG RD.,    New Castle, PA 16101-9687
14156303       +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
14156307      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                 Frederick, MD 21701)
14156308       +Wf Crd Svc,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
14156309       +Wfdillards,    Po Box 14517,    Des Moines, IA 50306-3517
14156310      #+Zucker, Goldberg & Ackerman, LLC,    200 Sheffield St.,    Mountainside, NJ 07092-2314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14156268        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 11 2018 02:11:45      Cap One,
                 Po Box 85015,    Richmond, VA 23285
14156269        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 11 2018 02:12:07
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
14156270       +E-mail/Text: bankruptcy@cavps.com Sep 11 2018 02:14:41      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
14156277       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 11 2018 02:12:34      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14156279       +E-mail/Text: mrdiscen@discover.com Sep 11 2018 02:13:52      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
14156281       +E-mail/Text: bknotice@ercbpo.com Sep 11 2018 02:14:31      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14156293       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 11 2018 02:14:25      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
14156296       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2018 02:11:47
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14156300        E-mail/PDF: cbp@onemainfinancial.com Sep 11 2018 02:12:05      Springleaf Financial S,
                 2656 Ellwood Rd Unit 21,    New Castle, PA 16101
14156301       +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2018 02:12:30      Syncb/Lord & Tay,    Po Box 965015,
                 Orlando, FL 32896-5015
14156302       +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2018 02:12:30      Syncb/Plcc,    Po Box 965024,
                 Orlando, FL 32896-5024
```

```
District/off: 0315-2          User: dric              Page 2 of 2                 Date Rcvd: Sep 10, 2018
                              Form ID: pdf900        Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14156305       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 11 2018 02:13:48
                 Verizon,   500 Technology Dr Suite 300,   Weldon Spring, MO 63304-2225
14156306       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 11 2018 02:14:53      Web Bank,
                 215 S State St Ste 800,   Salt Lake City, UT 84111-2339
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             HSBC Bank USA et al c/o Select Portfolio Servicing
cr             HSBC Bank USA, National Association, as Trustee for
cr             HSBC Bank USA, National Association, as Trustee fo
14156287       Hsbc/Scusa
cr*            ECMC,   P.O. BOX 16408,   ST. PAUL, MN  55116-0408
14175242*      Convergent,   PO Box 9004,   Renton, WA  98057-9004
14156265      ##+AMY J SPEIS,   3391 CELENA CIRCEL,   Saint Cloud, FL 34769-5911
                                                                                         TOTALS: 4, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
```
              Danielle Boyle-Ebersole    on behalf of Creditor    HSBC Bank USA et al c/o Select Portfolio
               Servicing, Inc. debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series
               2005-1, Mortgage-Backed Notes, Series 2005-1 bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    HSBC Bank USA, National Assocation, as Trustee for
               People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series
               2005-1, Mortgage-Backed Notes, Series 2005-1 bkgroup@kmllawgroup.com
              Louis R. Pomerico    on behalf of Debtor John A. Speis info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Matthew Christian Waldt    on behalf of Creditor    HSBC Bank USA, National Assocation, as Trustee
               for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust
               Series 2005-1, Mortgage-Backed Notes, Series 2005-1 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 7
```