UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOHN A. SPEIS,

    DEBTOR,

JOHN A. SPEIS,                    CASE NO. 15-24674-CMB

    MOVANT                      CHAPTER 13
                                  WO-3

PITTSBURGH MERCY      DOCUMENT NO. 63
HEALTH SYSTEM,

    RESPONDENT.

SSN: XXX-XX-6264

## ORDER TO PAY TRUSTEE PURSUANT TO
## AMENDED WAGE ATTACHMENT ORDER OF COURT

    The above-named debtor(s) having filed a Chapter 13 petition and debtors(s) or Trustee having moved to attach wages to fund the Chapter 13 plan

    IT IS, THEREFORE ORDERD that until further order of this Court, the entity from which **JOHN A. SPEIS**, the debtor receives income:

**Pittsburgh Mercy Health System**
**1200 Reedsdale Street**
**Pittsburgh, PA   15233**

Shall deduct from said income the sum of **$692.31 bi-weekly** ($1,500.00 Monthly) beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor received a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS TO:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA
PO BOX 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amount required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous order made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of the Court.

DATED this ___6th___ day of March, 2019.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

FILED
3/6/19 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm                    dmr
Chief United States Bankruptcy Court Judge

```
                    United States Bankruptcy Court
                    Western District of Pennsylvania
```

In re:                                                              Case No. 15-24674-CMB
John A. Speis                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric              Page 1 of 1              Date Rcvd: Mar 06, 2019
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
db             +John A. Speis,    3007 Old Pittsburgh Rd.,    New Castle, PA 16101-6086

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2019 at the address(es) listed below:
              Danielle Boyle-Ebersole    on behalf of Creditor    HSBC Bank USA et al c/o Select Portfolio
               Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series
               2005-1, Mortgage-Backed Notes, Series 2005-1 bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    HSBC Bank USA, National Assocation, as Trustee for
               People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series
               2005-1, Mortgage-Backed Notes, Series 2005-1 bkgroup@kmllawgroup.com
              Louis R. Pomerico    on behalf of Debtor John A. Speis info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Matthew Christian Waldt    on behalf of Creditor    HSBC Bank USA, National Assocation, as Trustee
               for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust
               Series 2005-1, Mortgage-Backed Notes, Series 2005-1 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7