**Form 222**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**John A. Speis**
   Debtor(s)

Bankruptcy Case No.: 15–24674–CMB
Related to Dkt. No. 70
Chapter: 13
Docket No.: 72 – 70
Concil. Conf.: May 2, 2019 at 02:30 PM

## ORDER

    **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated March 12, 2019* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

    On or before **April 18, 2019,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

    On **May 2, 2019** at **02:30 PM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: March 14, 2019

cm: Debtor(s) and/or Debtor(s)' counsel

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
```

In re:                                                           Case No. 15-24674-CMB
John A. Speis                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 1              Date Rcvd: Mar 14, 2019
                              Form ID: 222            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db             +John A. Speis,    3007 Old Pittsburgh Rd.,    New Castle, PA 16101-6086

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
              Danielle Boyle-Ebersole    on behalf of Creditor    HSBC Bank USA et al c/o Select Portfolio
               Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series
               2005-1, Mortgage-Backed Notes, Series 2005-1 bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    HSBC Bank USA, National Assocation, as Trustee for
               People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series
               2005-1, Mortgage-Backed Notes, Series 2005-1 bkgroup@kmllawgroup.com
              Louis R. Pomerico    on behalf of Debtor John A. Speis info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Matthew Christian Waldt    on behalf of Creditor    HSBC Bank USA, National Assocation, as Trustee
               for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust
               Series 2005-1, Mortgage-Backed Notes, Series 2005-1 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7