**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/17/2020

IN RE:

JOHN A. SPEIS
3007 OLD PITTSBURGH RD.
NEW CASTLE, PA  16101
XXX-XX-6264         Debtor(s)

Case No. 15-24674 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/17/2020

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL*NO$~ADR/NTC | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **HSBC BANK USA NA - TRUSTEE**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450*<br>SALT LAKE CITY, UT  84115 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 0.00<br>COMMENT: CL5GOV W/PMT CHANGES*PMT/PL-NTC*DK4PMT-LMT*BGN 1/16 | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1057 |
| **SHENANGO CHINA AREA FCU**<br>2656 ELLWOOD RD STE 1<br>NEW CASTLE, PA  16101 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 2,264.97<br>COMMENT: PMTS PROPER/CONF*SURR/PL*DKT! | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0004 |
| **OFFICE OF PROTHONOTARY**<br>LAWRENCE COUNTY COURTHOUSE<br>430 COURT ST<br>NEW CASTLE, PA  16101 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 19,872.93<br>COMMENT: 4002/SCH*AES REHAB/SCH*FR PHEAA-DOC 34 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6264 |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY  14240-1375 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~REHABS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 |
| **BANK OF OKLAHOMA NA**<br>7060 S YALE STE 200<br>TULSA, OK  74136 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~MORT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1429 |
| **BANK OF OKLAHOMA NA**<br>7060 S YALE STE 200<br>TULSA, OK  74136 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~MORT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7034 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8759 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8159 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0914 |
| **CAVALRY PORTFOLIO SERVICES LLC(*)**<br>PO BOX 27288<br><br>TEMPE, AZ  85282 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~WELLS FARGO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3839 |
| **CBNA**<br>PO BOX 6497<br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0586 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9058 |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br><br>URBANDALE, IA  50323 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8784 |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br><br>URBANDALE, IA  50323 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~BP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5368 |
| **CONVERGENT OUTSOURCING**<br>POB 9004<br><br>RENTON, WA  98057 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~LVNV~FNB OF OMAHA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1820 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI  48034-8339 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8020 |
| **CREDIT ONE BANK**<br>POB 98873<br><br>LAS VEGAS, NV  89193 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4855 |
| **DAVID WAGNER**<br>416 E SHERIDAN AVE<br><br>NEW CASTLE, PA  16105 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 828.60<br>COMMENT: NO ACCT/SCH*LAWSUIT/SCH*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0778 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3007 |
| **EASTERN ACCOUNT SYSTEM++**<br>75 GLEN RD STE 110<br><br>SANDY HOOK, CT 06482 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~COMCAST/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5149 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br><br>JACKSONVILLE, FL 32256-7412 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMCAST/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9297 |
| **HERTZ LOCAL EDITION**<br>HLE COMMERCIAL DEPT<br>PO BOX 121154<br><br>DALLAS, TX 75311-0154 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1413 |
| **HSBC AUTO FINANCE***<br>C/O SANTANDER CONSUMER USA INC**<br>PO BOX 560284<br><br>DALLAS, TX 75356 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7145 |
| **HSBC BANK++**<br>POB 5253<br><br>CAROL STREAM, IL 60197 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9973 |
| **HSBC BANK++**<br>POB 5253<br><br>CAROL STREAM, IL 60197 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br><br>ST PAUL, MN 55164 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TRI STATE ORTHO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2001 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br><br>NORCROSS, GA 30091 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0520 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br><br>NORCROSS, GA 30091 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6920 |

| CLAIM RECORDS | | |
|---|---|---|
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~CIT BANK/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7178 |
| **NCB MANAGEMENT SERVICES INC***<br>POB 1099*<br><br>LANGHORNE, PA  19047 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CITI FIN AUTO/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **JAMESON HEALTH SYSTEM**<br>1211 WILMINGTON AVE<br><br>NEW CASTLE, PA  16105 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  838.04<br>COMMENT:  CL2GOVS*UNS/SCH-PL*OMNI MGMT/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  6264 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA  23502 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  HSBC BANK NV/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9973 |
| **SANTANDER CONSUMER USA****<br>PO BOX 961245<br><br>FT WORTH, TX  76161-1245 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~AUTO/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1000 |
| **SANTANDER CONSUMER USA****<br>PO BOX 961245<br><br>FT WORTH, TX  76161-1245 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1000 |
| **SHENANGO CHINA AREA FCU**<br>2656 ELLWOOD RD STE 1<br><br>NEW CASTLE, PA  16101 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **SNOW & SNOW**<br>215 W ELIZABETH ST<br><br>NEW CASTLE, PA  16105 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SPRINGLEAF FINANCIAL SERVICES INC(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~SECURED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4394 |
| **SPRINGLEAF FINANCIAL SERVICES INC(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~SECURED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4394 |

| Creditor | Claim Info | Details |
|---|---|---|
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number:41 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~LORD AND TAYLOR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8062 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number:42 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~PLCC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0540 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number:43 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~PLCC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0153 |
| **TNB VISA**<br>POB 9475<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:44 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 622 |
| **TWIN AIR HEATING AND COOLING**<br>2625 HARLANSBURG RD<br>NEW CASTLE, PA 16101 | Trustee Claim Number:45 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br>WELDON SPRING, MO 63304 | Trustee Claim Number:46 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5753 |
| **WEB BANK++**<br>215 SOUTH STATE ST<br>STE 300<br>SALT LAKE CITY, UT 84111 | Trustee Claim Number:47 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9654 |
| **WELLS FARGO HOME MORTGAGE**<br>8480 STAGECOACH CIRCLE<br>FREDERICK, MD 21701 | Trustee Claim Number:48 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6411 |
| **WELLS FARGO HOME MORTGAGE**<br>8480 STAGECOACH CIRCLE<br>FREDERICK, MD 21701 | Trustee Claim Number:49 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0925 |
| **WF FINANCE**<br>3201 N 4TH AVE<br>SIOUX FALLS, SD 57104 | Trustee Claim Number:50 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3596 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **DILLARDS++**<br>C/O GEMB/GE MONEY BANK/GE CAP<br>POB 103104<br>ROSWELL, GA 30076 | Trustee Claim Number:51  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3800 |
| **JAMESON HEALTH SYSTEM**<br>1211 WILMINGTON AVE<br>NEW CASTLE, PA 16105 | Trustee Claim Number:52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **DISTRICT COURT**<br>#53 1 01<br>430 COURT ST<br>NEW CASTLE, PA 16101 | Trustee Claim Number:53  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **HSBC BANK USA NA - TRUSTEE**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450*<br>SALT LAKE CITY, UT 84115 | Trustee Claim Number:54  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 25,226.20<br>COMMENT: CL5GOV*$/CL-PL*THRU 12/15 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1057 |
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br>COLUMBUS, OH 48216-0117 | Trustee Claim Number:55  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 1,054.49<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6264 |
| **WESTLAKE FINANCIAL SERVICES(*)**<br>4751 WILSHIRE BLVD STE 100<br>LOS ANGELES, CA 90010 | Trustee Claim Number:56  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/PL@LTCD/CONF*BGN 6/19*233.01X(19+2)=LMT | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: |