IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 15-24674-CMB |
| John A. Speis ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |
| ) | Doc #___80___ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| vs. ) | |
| John A. Speis ) | |
| ) | |
| Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL
[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a **Zoom Video Conference** hearing on the Trustee's motion will be held on **January 27, 2021, at 10:00 a.m. before Judge Carlota Böhm.** Parties or counsel of record who intent to participate in the hearing shall appear by Zoom Video Conference and shall make arrangements as directed by Judge Böhm's Zoom Procedures at **http://www/pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf**. Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **January 4, 2021.**

| | |
|---|---|
| 12/15/20 | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D.#30399) |
| | Attorney and the Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-24674-CMB |
| John A. Speis | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 3 |
| Date Rcvd: Dec 16, 2020 | Form ID: pdf900 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John A. Speis, 3007 Old Pittsburgh Rd., New Castle, PA 16101-6086 |
| cr | + | Shenango China Area FCU, 2656 Ellwood Rd, Suite 1, New Castle, PA 16101-6282 |
| 14156265 | + | AMY J SPEIS, 3391 CELENA CIRCEL, Saint Cloud, FL 34769-5911 |
| 14156266 | + | ATTORNEY PAULA CIALIA, 113 N. MERCER ST., New Castle, PA 16101-3813 |
| 14156263 | + | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14156264 | + | Aes/Pheaa Rehabs, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14175241 | + | Attorney Paula Cialla, 113 N Mercer St., New Castle, PA 16101-3813 |
| 14156267 | + | Bank Of Oklahoma Mtg, 7060 S Yale Ave, Tulsa, OK 74136-5711 |
| 14212614 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, P.O. Box 117, Columbus, OH 43215 |
| 14156271 | + | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14156272 | | Chase, Po Box 901003, Columbus, OH 43224 |
| 14156273 | + | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14156274 | + | Citi-Bp Oil, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14156291 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 14369786 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14175243 | + | FNB, One FNB Blvd., 5th Floor, Hermitage, PA 16148-3347 |
| 14156282 | + | First National Bank of PA, One FNB Blvd., 5th Floor, Hermitage, PA 16148-3363 |
| 14156283 | + | HERTZ LOCAL EDITION, HLE COMMERCIAL DEPT 1153, PO BOX 121154, DALLAS, TX 75312-1154 |
| 14156286 | + | HSBC BANK USA, 3815 SOUTH WEST TEMPLE, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 14234737 | + | HSBC Bank USA et al c/o, Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14189842 | + | Hladik, Onorato & Federman, LLP, 298 Wissahickon Ave., North Wales, PA 19454-4156 |
| 14156284 | + | Hsbc Auto, 6602 Convoy Ct, San Diego, CA 92111-1000 |
| 14156285 | + | Hsbc Bank, Po Box 9, Buffalo, NY 14240-0009 |
| 14156288 | + | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14156289 | + | Jameson Health Sys., 1211 Wilmington Rd., New Castle, PA 16105-2516 |
| 14156290 | + | Lawrence County Prothonotary, 430 Court St., New Castle, PA 16101-3558 |
| 14189144 | + | Lawrence County Sheriff, 430 Court St., New Castle, PA 16101-3503 |
| 14156292 | + | MDJ MELISSA AMODIE, 430 COURT ST., New Castle, PA 16101-3503 |
| 14156294 | + | NCB (CITI FIN AUTO), PO BOX 1099, Langhorne, PA 19047-6099 |
| 14156295 | + | Omni Mngt, PO BOX 8749, Toledo, OH 43623-0749 |
| 14159792 | + | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14156297 | + | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14158596 | | Security Credit Services, LLC, c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14156298 | + | Shenango China Efcu, 2656 Ellwood Rd., Suite 1, New Castle, PA 16101-6282 |
| 14156299 | + | Snow and Snow, PC, 215 W Elizabeth St., New Castle, PA 16105-1947 |
| 14156303 | + | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14156307 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14156308 | + | Wf Crd Svc, 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |
| 14156309 | + | Wfdillards, Po Box 14517, Des Moines, IA 50306-3517 |
| 14156310 | + | Zucker, Goldberg & Ackerman, LLC, 200 Sheffield St., Mountainside, NJ 07092-2314 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14156268 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 17 2020 03:43:32 | Cap One, Po Box 85015, Richmond, VA 23285 |
| 14156269 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 17 2020 03:43:32 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14156275 | Email/Text: convergent@ebn.phinsolutions.com | Dec 17 2020 03:22:00 | CONVERGENT, PO Box 9004, Renton, WA 98057-9004 |
| 14156270 | + Email/Text: bankruptcy@cavps.com | Dec 17 2020 03:22:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14156276 | + Email/Text: ebnnotifications@creditacceptance.com | Dec 17 2020 03:20:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14156277 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 17 2020 03:33:04 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14156279 | + Email/Text: mrdiscen@discover.com | Dec 17 2020 03:20:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14156281 | + Email/Text: bknotice@ercbpo.com | Dec 17 2020 03:22:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14156293 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 17 2020 03:21:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14156296 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2020 03:33:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14156300 | Email/PDF: cbp@onemainfinancial.com | Dec 17 2020 03:38:15 | Springleaf Financial S, 2656 Ellwood Rd Unit 21, New Castle, PA 16101 |
| 14156301 | + Email/PDF: gecsedi@recoverycorp.com | Dec 17 2020 03:43:29 | Syncb/Lord & Tay, Po Box 965015, Orlando, FL 32896-5015 |
| 14156302 | + Email/PDF: gecsedi@recoverycorp.com | Dec 17 2020 03:43:29 | Syncb/Plcc, Po Box 965024, Orlando, FL 32896-5024 |
| 14156305 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 17 2020 03:19:00 | Verizon, 500 Technology Dr Suite 300, Weldon Spring, MO 63304-2225 |
| 14156306 | + Email/Text: bnc-bluestem@quantum3group.com | Dec 17 2020 03:22:00 | Web Bank, 215 S State St Ste 800, Salt Lake City, UT 84111-2339 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HSBC Bank USA et al c/o Select Portfolio Servicing |
| cr | | HSBC Bank USA, National Assocation, as Trustee for |
| cr | | HSBC Bank USA, National Association, as Trustee fo |
| 14156287 | | Hsbc/Scusa |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14175242 | * | Convergent, PO Box 9004, Renton, WA 98057-9004 |
| 14156278 | ##+ | DAVID WAGNER, 416 E SHERIDAN AVE., New Castle, PA 16105-2627 |
| 14156280 | ##+ | Eastern Account System, 75 Glen Rd Ste 110, Sandy Hook, CT 06482-1175 |
| 14156304 | ##+ | TWIN AIR HEATING & COOLING, 2625 HARLANSBURG RD., New Castle, PA 16101-9687 |

TOTAL: 4 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

District/off: 0315-2 User: dric Page 3 of 3
Date Rcvd: Dec 16, 2020 Form ID: pdf900 Total Noticed: 55

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2020　　　　Signature:　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor HSBC Bank USA National Association, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor HSBC Bank USA National Assocation, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 bnicholas@kmllawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor HSBC Bank USA et al c/o Select Portfolio Servicing Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com |
| Louis R. Pomerico | on behalf of Debtor John A. Speis info@pomericolaw.com pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com |
| Matthew Christian Waldt | on behalf of Creditor HSBC Bank USA National Assocation, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7