# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** JOHN A. SPEIS
**Case Number:** 15-24674-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 25, 2021 11:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
3/1/21 4:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#86 - Amended Plan Dated 12/21/2020 (FC)
    (APPEARS UNSERVED)
R / M #: 86 / 0

## *Appearances:*

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone    *Pomerico did not appear*
Creditor:

*Cares Act Extension 3/12/19 plan (most recent) Confirmed final 5/10/19*

## *Proceedings:*

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____ effective _____.
7. ✓ Plan/Motion continued to **4/8/21** at **11:30 AM**.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

2/17/2021    10:55:51 AM