**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| JOHN A. SPEIS, | : | |
| | : | |
| DEBTOR, | : | |
| | : | CASE NO. 15-24674-CMB |
| JOHN A. SPEIS, | : | |
| | : | CHAPTER 13 |
| MOVANT | : | WO-4 |
| | : | |
| PITTSBURGH MERCY | : | DOCUMENT NO. 91 |
| HEALTH SYSTEM, | : | |
| | : | |
| RESPONDENT. | : | |

SSN: XXX-XX-6264
.

**ORDER TO PAY TRUSTEE PURSUANT TO**
**WAGE ATTACHMENT ORDER OF COURT**

    The above-named debtor(s) having filed a Chapter 13 petition and debtors(s) or Trustee having moved to attach wages to fund the Chapter 13 plan

    IT IS, THEREFORE ORDERD that until further order of this Court, the entity from which **JOHN A. SPEIS** , the debtor receives income:

**Pittsburgh Mercy Health System**
**1200 Reedsdale Street**
**Pittsburgh, PA   15233**

Shall deduct from said income the sum of **$588.46 bi-weekly** ($1,275.00 Monthly) beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor received a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS TO:

**RONDA J. WINNECOUR**
**CHAPTER 13 TRUSTEE, W.D. PA**
**PO BOX 84051**
**CHICAGO, IL 60689-4002**

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amount required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous order made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of the Court.

DATED this   13th   day of April, 2021.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

FILED
4/13/21 4:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:             Case No. 15-24674-CMB

John A. Speis             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dric            Page 1 of 2

Date Rcvd: Apr 13, 2021            Form ID: pdf900            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John A. Speis, 3007 Old Pittsburgh Rd., New Castle, PA 16101-6086 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:**

**Name        Email Address**

Brian Nicholas
     on behalf of Creditor HSBC Bank USA  National Association, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 bnicholas@kmllawgroup.com

Brian Nicholas
     on behalf of Creditor HSBC Bank USA  National Assocation, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 bnicholas@kmllawgroup.com

Danielle Boyle-Ebersole
     on behalf of Creditor HSBC Bank USA et al c/o Select Portfolio Servicing  Inc. dboyle-ebersole@orlans.com

Louis R. Pomerico
     on behalf of Debtor John A. Speis info@pomericolaw.com
     pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com

Matthew Christian Waldt
     on behalf of Creditor HSBC Bank USA  National Assocation, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 mwaldt@milsteadlaw.com,

| District/off: 0315-2 | User: dric | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

        bkecf@milsteadlaw.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 7