IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 15-24674-CMB |
| John A. Speis,<br>    Debtor. | Chapter 13 |
| RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>    Movant,<br>v.<br>John A. Speis, and WESTLAKE<br>FINANCIAL SERVICES,<br>    Respondent(s). | Related to Doc. No. 100<br><br>**ENTERED BY DEFAULT** |

### ORDER OF COURT

And now, this __14th__ day of ____October____, 20__22__, upon consideration of the foregoing MOTION FOR ORDER OF COURT APPROVING THE TERMINATION OF PAYMENTS TO CREDITOR BASED ON PAY IN FULL NOTICE, and responses thereto, if any, it is hereby ORDERED that Trustee shall: (a) terminate further payments on account of claim of WESTLAKE FINANCIAL SERVICES as provided for in the Plan (CID #56), and close off the Creditor's payment record (CID #56); and (b) redirected the funds that would have been paid on account of the Claim, including refunds and funds currently on reserve, to general plan funding, including the augmentation of the POT for unsecured creditors. Debtor is solely responsible for taking such steps as are necessary to obtain the release of title.

_____
U. S. Bankruptcy Judge    **dmr**

FILED
10/14/22 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-24674-CMB |
| John A. Speis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2022:**

**Recip ID        Recipient Name and Address**
db            +  John A. Speis, 3007 Old Pittsburgh Rd., New Castle, PA 16101-6086

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2022             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2022 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
            on behalf of Creditor HSBC Bank USA  National Association, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 bnicholas@kmllawgroup.com

Brian Nicholas
            on behalf of Creditor HSBC Bank USA et al c/o Select Portfolio Servicing  Inc. bnicholas@kmllawgroup.com

Brian Nicholas
            on behalf of Creditor HSBC Bank USA  National Assocation, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 bnicholas@kmllawgroup.com

Danielle Boyle-Ebersole
            on behalf of Creditor HSBC Bank USA et al c/o Select Portfolio Servicing  Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

Louis R. Pomerico
            on behalf of Debtor John A. Speis info@pomericolaw.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com

Matthew Christian Waldt

on behalf of Creditor HSBC Bank USA  National Assocation, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8