**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case No.15-24674CMB |
|   JOHN A. SPEIS | |
|        Debtor(s) | |
|   Ronda J. Winnecour, Trustee | Chapter 13 |
|    Movant | |
|      vs. | |
|   JOHN A. SPEIS | Document No. 105 |
|       Respondents | |

| **ORDER TO STOP PAYROLL DEDUCTIONS** |
|---|

AND NOW, this ___21st___ day of December, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that,

Mercy Behavioral Health
Attn: Payroll Manager
1200 Reedsdale Ave
Pittsburgh,PA 15233

is hereby ordered to immediately terminate the attachment of the wages of JOHN A. SPEIS, social security number

XXX-XX-6264.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JOHN A. SPEIS.

BY THE COURT:

_Carlota M. Böhm_
dmr

UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
   Debtor(s) Attorney

FILED
12/21/22 9:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 15-24674-CMB
John A. Speis                                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                                     Page 1 of 2
Date Rcvd: Dec 21, 2022                Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**
+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

**Recip ID                     Recipient Name and Address**
db                        +  John A. Speis, 3007 Old Pittsburgh Rd., New Castle, PA 16101-6086

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2022                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed
below:**

**Name                          Email Address**

Brian Nicholas
                                       on behalf of Creditor HSBC Bank USA  National Association, as Trustee for People's Choice Home Loan Securities Corp.,
                                       People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 bnicholas@kmllawgroup.com

Brian Nicholas
                                       on behalf of Creditor HSBC Bank USA et al c/o Select Portfolio Servicing  Inc. bnicholas@kmllawgroup.com

Brian Nicholas
                                       on behalf of Creditor HSBC Bank USA  National Assocation, as Trustee for People's Choice Home Loan Securities Corp.,
                                       People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 bnicholas@kmllawgroup.com

Danielle Boyle-Ebersole
                                       on behalf of Creditor HSBC Bank USA et al c/o Select Portfolio Servicing  Inc. dboyle-ebersole@orlans.com,
                                       PABKAttorneyecf@orlans.com

Louis R. Pomerico
                                       on behalf of Debtor John A. Speis info@pomericolaw.com

pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com

Matthew Christian Waldt

on behalf of Creditor HSBC Bank USA  National Assocation, as Trustee for People's Choice Home Loan Securities Corp.,
People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 mwaldt@milsteadlaw.com,
bkecf@milsteadlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 8