**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN A. SPEIS<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:15-24674<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

January 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/28/2015 and confirmed on 2/29/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 115,481.89 |
| Less Refunds to Debtor | 1,193.49 | |
| TOTAL AMOUNT OF PLAN FUND | | 114,288.40 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,238.00 | |
|   Trustee Fee | 5,122.98 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,360.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   HSBC BANK USA NA - TRUSTEE | 0.00 | 66,077.89 | 0.00 | 66,077.89 |
|     Acct: 1057 | | | | |
|   HSBC BANK USA NA - TRUSTEE | 25,226.20 | 25,226.20 | 0.00 | 25,226.20 |
|     Acct: 1057 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHENANGO CHINA AREA FCU | 2,264.97 | 2,264.97 | 1,187.70 | 3,452.67 |
|     Acct: 0004 | | | | |
| | | | | 94,756.76 |
| **Priority** | | | | |
|   LOUIS POMERICO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN A. SPEIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN A. SPEIS | 1,193.49 | 1,193.49 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LOUIS POMERICO ESQ | 2,238.00 | 2,238.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMESON HEALTH SYSTEM | 838.04 | 838.04 | 0.00 | 838.04 |
|     Acct: 6264 | | | | |
|   WESTLAKE FINANCIAL SERVICES(*) | 9,320.40 | 9,320.40 | 0.00 | 9,320.40 |
|     Acct: | | | | |
| | | | | 10,158.44 |
| **Unsecured** | | | | |
|   ECMC(*) | 19,872.93 | 1,838.05 | 0.00 | 1,838.05 |
|     Acct: 6264 | | | | |
|   AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0002 | | | | |
|   BANK OF OKLAHOMA NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1429 | | | | |
|   BANK OF OKLAHOMA NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7034 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 8759 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8159 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0914 | | | | |
| | CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3839 | | | | |
| | CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0586 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9058 | | | | |
| | CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8784 | | | | |
| | CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5368 | | | | |
| | CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1820 | | | | |
| | CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8020 | | | | |
| | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4855 | | | | |
| | DAVID WAGNER | 828.60 | 76.64 | 0.00 | 76.64 |
| | Acct: 0778 | | | | |
| | DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3007 | | | | |
| | EASTERN ACCOUNT SYSTEM++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5149 | | | | |
| | ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9297 | | | | |
| | HERTZ LOCAL EDITION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1413 | | | | |
| | HSBC AUTO FINANCE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7145 | | | | |
| | HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9973 | | | | |
| | HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1000 | | | | |
| | IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2001 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0520 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6920 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7178 | | | | |
| | NCB MANAGEMENT SERVICES INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9973 | | | | |
| | SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1000 | | | | |
| | SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1000 | | | | |
| | SHENANGO CHINA AREA FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | SNOW & SNOW | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SPRINGLEAF FINANCIAL SERVICES INC(* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4394 | | | | |
| | SPRINGLEAF FINANCIAL SERVICES INC(* | 0.00 | 0.00 | 0.00 | 0.00 |

15-24674                                                                                                   Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4394 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8062 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0540 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0153 | | | | |
|   TNB VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 622 | | | | |
|   TWIN AIR HEATING AND COOLING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5753 | | | | |
|   WEB BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9654 | | | | |
|   WELLS FARGO HOME MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6411 | | | | |
|   WELLS FARGO HOME MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0925 | | | | |
|   WF FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3596 | | | | |
|   DILLARDS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3800 | | | | |
|   COLUMBIA GAS OF PA INC(*) | 1,054.49 | 97.53 | 0.00 | 97.53 |
| Acct: 6264 | | | | |
|   OFFICE OF PROTHONOTARY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JAMESON HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,012.22 |

**TOTAL PAID TO CREDITORS**                                                                                 106,927.42

TOTAL CLAIMED
PRIORITY       10,158.44
SECURED        27,491.17
UNSECURED      21,756.02

Date: 01/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOHN A. SPEIS

　　　　Debtor(s)

Ronda J. Winnecour
　　　　Movant
　　　vs.
No Repondents.

Case No.:15-24674

Chapter 13

Document No.:

## ORDER OF COURT

　AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.


　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-24674-CMB |
| John A. Speis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John A. Speis, 3007 Old Pittsburgh Rd., New Castle, PA 16101-6086 |
| cr | + | Shenango China Area FCU, 2656 Ellwood Rd, Suite 1, New Castle, PA 16101-6282 |
| 14156265 | + | AMY J SPEIS, 3391 CELENA CIRCEL, Saint Cloud, FL 34769-5911 |
| 14156266 | + | ATTORNEY PAULA CIALIA, 113 N. MERCER ST., New Castle, PA 16101-3813 |
| 14175241 | + | Attorney Paula Cialla, 113 N Mercer St., New Castle, PA 16101-3813 |
| 14156267 | + | Bank Of Oklahoma Mtg, 7060 S Yale Ave, Tulsa, OK 74136-5711 |
| 14212614 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, P.O. Box 117, Columbus, OH 43215 |
| 14156272 | | Chase, Po Box 901003, Columbus, OH 43224 |
| 14156278 | + | DAVID WAGNER, 416 E SHERIDAN AVE., New Castle, PA 16105-2627 |
| 14156283 | | HERTZ LOCAL EDITION, HLE COMMERCIAL DEPT 1153, PO BOX 121154, DALLAS, TX 75312-1154 |
| 14156286 | + | HSBC BANK USA, 3815 SOUTH WEST TEMPLE, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 14234737 | + | HSBC Bank USA et al c/o, Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14189842 | + | Hladik, Onorato & Federman, LLP, 298 Wissahickon Ave., North Wales, PA 19454-4156 |
| 14156289 | + | Jameson Health Sys., 1211 Wilmington Rd., New Castle, PA 16105-2516 |
| 14156290 | + | Lawrence County Prothonotary, 430 Court St., New Castle, PA 16101-3558 |
| 14189144 | + | Lawrence County Sheriff, 430 Court St., New Castle, PA 16101-3503 |
| 14156292 | + | MDJ MELISSA AMODIE, 430 COURT ST., New Castle, PA 16101-3503 |
| 14156294 | + | NCB (CITI FIN AUTO), PO BOX 1099, Langhorne, PA 19047-6099 |
| 14156295 | + | Omni Mngt, PO BOX 8749, Toledo, OH 43623-0749 |
| 14158596 | | Security Credit Services, LLC, c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14156298 | + | Shenango China Efcu, 2656 Ellwood Rd., Suite 1, New Castle, PA 16101-6282 |
| 14156299 | + | Snow and Snow, PC, 215 W Elizabeth St., New Castle, PA 16105-1947 |
| 14156307 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14156308 | + | Wf Crd Svc, 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |
| 14156310 | + | Zucker, Goldberg & Ackerman, LLC, 200 Sheffield St., Mountainside, NJ 07092-2315 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14156263 | + | Email/Text: bncnotifications@pheaa.org | Jan 28 2023 00:15:00 | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14156264 | + | Email/Text: bncnotifications@pheaa.org | Jan 28 2023 00:15:00 | Aes/Pheaa Rehabs, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14156268 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2023 00:17:15 | Cap One, Po Box 85015, Richmond, VA 23285 |
| 14156269 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2023 00:16:53 | Capital One Bank Usa N, 15000 Capital One Dr, |

Case 15-24674-CMB    Doc 114    Filed 01/29/23    Entered 01/30/23 00:28:24    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | | Richmond, VA 23238 |
| 14156275 | | Email/Text: convergent@ebn.phinsolutions.com | Jan 28 2023 00:16:00 | CONVERGENT, PO Box 9004, Renton, WA 98057-9004 |
| 14156270 | + | Email/Text: bankruptcy@cavps.com | Jan 28 2023 00:16:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14156271 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:17:09 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14156273 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:17:08 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14156274 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:17:20 | Citi-Bp Oil, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14156276 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 28 2023 00:15:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14156277 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2023 00:17:06 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14156291 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:16:58 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 14156279 | + | Email/Text: mrdiscen@discover.com | Jan 28 2023 00:15:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14369786 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 28 2023 00:15:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14156280 | ^ | MEBN | Jan 28 2023 00:09:37 | Eastern Account System, 75 Glen Rd Ste 110, Sandy Hook, CT 06482-1175 |
| 14156281 | + | Email/Text: bknotice@ercbpo.com | Jan 28 2023 00:16:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14175243 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 28 2023 00:15:00 | FNB, One FNB Blvd., 5th Floor, Hermitage, PA 16148-3347 |
| 14156282 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 28 2023 00:15:00 | First National Bank of PA, One FNB Blvd., 5th Floor, Hermitage, PA 16148-3363 |
| 14156284 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 28 2023 00:15:00 | Hsbc Auto, 6602 Convoy Ct, San Diego, CA 92111-1000 |
| 14156285 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 28 2023 00:15:00 | Hsbc Bank, Po Box 9, Buffalo, NY 14240-0009 |
| 14156288 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 28 2023 00:15:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14156293 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2023 00:16:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14159792 | + | Email/Text: bncnotifications@pheaa.org | Jan 28 2023 00:15:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14156296 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2023 00:16:57 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14156300 | | Email/PDF: cbp@onemainfinancial.com | Jan 28 2023 00:17:13 | Springleaf Financial S, 2656 Ellwood Rd Unit 21, New Castle, PA 16101 |
| 14156297 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 28 2023 00:16:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14156301 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:04 | Syncb/Lord & Tay, Po Box 965015, Orlando, FL 32896-5015 |
| 14156302 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:04 | Syncb/Plcc, Po Box 965024, Orlando, FL 32896-5024 |
| 14156303 | + | Email/Text: bncmail@w-legal.com | Jan 28 2023 00:15:00 | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14156305 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 28 2023 00:15:00 | Verizon, 500 Technology Dr Suite 300, Weldon Spring, MO 63304-2225 |

Case 15-24674-CMB   Doc 114   Filed 01/29/23   Entered 01/30/23 00:28:24   Desc
Imaged Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 57 |

| 14156306 | + Email/Text: bnc-bluestem@quantum3group.com | | |
|---|---|---|---|
| | | Jan 28 2023 00:16:00 | Web Bank, 215 S State St Ste 800, Salt Lake City, UT 84111-2339 |
| 14156309 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Jan 28 2023 00:16:54 | Wfdillards, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HSBC Bank USA et al c/o Select Portfolio Servicing |
| cr | | HSBC Bank USA, National Assocation, as Trustee for |
| cr | | HSBC Bank USA, National Association, as Trustee fo |
| 14156287 | | Hsbc/Scusa |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14175242 | * | Convergent, PO Box 9004, Renton, WA 98057-9004 |
| 14156304 | ##+ | TWIN AIR HEATING & COOLING, 2625 HARLANSBURG RD., New Castle, PA 16101-9687 |

TOTAL: 4 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023          Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor HSBC Bank USA et al c/o Select Portfolio Servicing  Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor HSBC Bank USA  National Assocation, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 bnicholas@kmllawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor HSBC Bank USA et al c/o Select Portfolio Servicing  Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| Louis R. Pomerico | on behalf of Debtor John A. Speis info@pomericolaw.com pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com |
| Matthew Christian Waldt | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 57 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8