**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John A. Speis<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–6264<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:  15–24674–CMB

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> John A. Speis

<u>3/16/23</u>                                                       **By the court:** <u>Carlota M Bohm</u>
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-24674-CMB |
| John A. Speis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 16, 2023 | Form ID: 3180W | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John A. Speis, 3007 Old Pittsburgh Rd., New Castle, PA 16101-6086 |
| cr | + | Shenango China Area FCU, 2656 Ellwood Rd, Suite 1, New Castle, PA 16101-6282 |
| 14156265 | + | AMY J SPEIS, 3391 CELENA CIRCEL, Saint Cloud, FL 34769-5911 |
| 14156266 | + | ATTORNEY PAULA CIALIA, 113 N. MERCER ST., New Castle, PA 16101-3813 |
| 14175241 | + | Attorney Paula Cialla, 113 N Mercer St., New Castle, PA 16101-3813 |
| 14156267 | + | Bank Of Oklahoma Mtg, 7060 S Yale Ave, Tulsa, OK 74136-5711 |
| 14212614 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, P.O. Box 117, Columbus, OH 43215 |
| 14156272 | | Chase, Po Box 901003, Columbus, OH 43224 |
| 14156278 | + | DAVID WAGNER, 416 E SHERIDAN AVE., New Castle, PA 16105-2627 |
| 14156283 | + | HERTZ LOCAL EDITION, HLE COMMERCIAL DEPT 1153, PO BOX 121154, DALLAS, TX 75312-1154 |
| 14156286 | + | HSBC BANK USA, 3815 SOUTH WEST TEMPLE, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 14234737 | + | HSBC Bank USA et al c/o, Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14189842 | + | Hladik, Onorato & Federman, LLP, 298 Wissahickon Ave., North Wales, PA 19454-4156 |
| 14156289 | + | Jameson Health Sys., 1211 Wilmington Rd., New Castle, PA 16105-2516 |
| 14156290 | + | Lawrence County Prothonotary, 430 Court St., New Castle, PA 16101-3558 |
| 14189144 | + | Lawrence County Sheriff, 430 Court St., New Castle, PA 16101-3503 |
| 14156292 | + | MDJ MELISSA AMODIE, 430 COURT ST., New Castle, PA 16101-3503 |
| 14156294 | + | NCB (CITI FIN AUTO), PO BOX 1099, Langhorne, PA 19047-6099 |
| 14156295 | + | Omni Mngt, PO BOX 8749, Toledo, OH 43623-0749 |
| 14158596 | | Security Credit Services, LLC, c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14156298 | + | Shenango China Efcu, 2656 Ellwood Rd., Suite 1, New Castle, PA 16101-6282 |
| 14156299 | + | Snow and Snow, PC, 215 W Elizabeth St., New Castle, PA 16105-1947 |
| 14156310 | + | Zucker, Goldberg & Ackerman, LLC, 200 Sheffield St., Mountainside, NJ 07092-2315 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Mar 17 2023 04:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2023 00:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Mar 17 2023 04:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2023 00:54:00 | Pennsylvania Dept. of Revenue, Department |

Case 15-24674-CMB   Doc 117   Filed 03/18/23   Entered 03/19/23 00:23:33   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 16, 2023 | Form ID: 3180W | Total Noticed: 59 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14156263 | + Email/Text: bncnotifications@pheaa.org | Mar 17 2023 00:54:00 | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14156264 | + Email/Text: bncnotifications@pheaa.org | Mar 17 2023 00:54:00 | Aes/Pheaa Rehabs, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14156268 | EDI: CAPITALONE.COM | Mar 17 2023 04:52:00 | Cap One, Po Box 85015, Richmond, VA 23285 |
| 14156269 | EDI: CAPITALONE.COM | Mar 17 2023 04:52:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14156275 | EDI: CONVERGENT.COM | Mar 17 2023 04:52:00 | CONVERGENT, PO Box 9004, Renton, WA 98057-9004 |
| 14156270 | + Email/Text: bankruptcy@cavps.com | Mar 17 2023 00:54:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14156271 | + EDI: CITICORP.COM | Mar 17 2023 04:52:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14156273 | + EDI: CITICORP.COM | Mar 17 2023 04:52:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14156274 | + EDI: CITICORP.COM | Mar 17 2023 04:52:00 | Citi-Bp Oil, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14156276 | + Email/Text: ebnnotifications@creditacceptance.com | Mar 17 2023 00:54:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14156277 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 17 2023 01:02:14 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14156291 | + EDI: CITICORP.COM | Mar 17 2023 04:52:00 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 14156279 | + EDI: DISCOVER.COM | Mar 17 2023 04:52:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14369786 | Email/Text: ECMCBKNotices@ecmc.org | Mar 17 2023 00:54:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14156280 | ^ MEBN | Mar 17 2023 00:50:06 | Eastern Account System, 75 Glen Rd Ste 110, Sandy Hook, CT 06482-1175 |
| 14156281 | + Email/Text: bknotice@ercbpo.com | Mar 17 2023 00:54:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14175243 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 17 2023 00:54:00 | FNB, One FNB Blvd., 5th Floor, Hermitage, PA 16148-3347 |
| 14156282 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 17 2023 00:54:00 | First National Bank of PA, One FNB Blvd., 5th Floor, Hermitage, PA 16148-3363 |
| 14156284 | + EDI: HFC.COM | Mar 17 2023 04:52:00 | Hsbc Auto, 6602 Convoy Ct, San Diego, CA 92111-1000 |
| 14156285 | + EDI: HFC.COM | Mar 17 2023 04:52:00 | Hsbc Bank, Po Box 9, Buffalo, NY 14240-0009 |
| 14156288 | + EDI: LCIICSYSTEM | Mar 17 2023 04:52:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14156293 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 17 2023 00:54:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14159792 | + Email/Text: bncnotifications@pheaa.org | Mar 17 2023 00:54:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14156296 | + EDI: PRA.COM | Mar 17 2023 04:52:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14156300 | EDI: AGFINANCE.COM | Mar 17 2023 04:52:00 | Springleaf Financial S, 2656 Ellwood Rd Unit 21, New Castle, PA 16101 |
| 14156297 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 17 2023 00:54:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 16, 2023 | Form ID: 3180W | Total Noticed: 59 |

| Recip ID | Bypass | Route | Date/Time | Name and Address |
|---|---|---|---|---|
| 14156301 | + | EDI: RMSC.COM | Mar 17 2023 04:52:00 | Syncb/Lord & Tay, Po Box 965015, Orlando, FL 32896-5015 |
| 14156302 | + | EDI: RMSC.COM | Mar 17 2023 04:52:00 | Syncb/Plcc, Po Box 965024, Orlando, FL 32896-5024 |
| 14156303 | + | EDI: WTRRNBANK.COM | Mar 17 2023 04:52:00 | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14156305 | + | EDI: VERIZONCOMB.COM | Mar 17 2023 04:52:00 | Verizon, 500 Technology Dr Suite 300, Weldon Spring, MO 63304-2225 |
| 14156307 | | EDI: WFFC.COM | Mar 17 2023 04:52:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14156306 | + | EDI: BLUESTEM | Mar 17 2023 04:52:00 | Web Bank, 215 S State St Ste 800, Salt Lake City, UT 84111-2339 |
| 14156308 | + | EDI: WFFC.COM | Mar 17 2023 04:52:00 | Wf Crd Svc, 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |
| 14156309 | + | EDI: WFFC2 | Mar 17 2023 04:52:00 | Wfdillards, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HSBC Bank USA et al c/o Select Portfolio Servicing |
| cr | | HSBC Bank USA, National Assocation, as Trustee for |
| cr | | HSBC Bank USA, National Association, as Trustee fo |
| 14156287 | | Hsbc/Scusa |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14175242 | * | Convergent, PO Box 9004, Renton, WA 98057-9004 |
| 14156304 | ##+ | TWIN AIR HEATING & COOLING, 2625 HARLANSBURG RD., New Castle, PA 16101-9687 |

TOTAL: 4 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 16, 2023 | Form ID: 3180W | Total Noticed: 59 |

Brian Nicholas
    on behalf of Creditor HSBC Bank USA et al c/o Select Portfolio Servicing  Inc. bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor HSBC Bank USA  National Assocation, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 bnicholas@kmllawgroup.com

Danielle Boyle-Ebersole
    on behalf of Creditor HSBC Bank USA et al c/o Select Portfolio Servicing  Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

Louis R. Pomerico
    on behalf of Debtor John A. Speis info@pomericolaw.com pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com

Matthew Christian Waldt
    on behalf of Creditor HSBC Bank USA  National Assocation, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8