**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JOHN A. SPEIS <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br>          Movant <br>     vs. <br> No Repondents. | Case No.:15-24674 CMB <br><br> Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 12/28/2015  and confirmed on 02/29/2016 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 115,481.89 |
| Less Refunds to Debtor | 1,193.49 | |
| TOTAL AMOUNT OF PLAN FUND | | 114,288.40 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,238.00 | |
|     Trustee Fee | 5,122.98 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,360.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   HSBC BANK USA NA - TRUSTEE | 0.00 | 66,077.89 | 0.00 | 66,077.89 |
|     Acct: 1057 | | | | |
|   HSBC BANK USA NA - TRUSTEE | 25,226.20 | 25,226.20 | 0.00 | 25,226.20 |
|     Acct: 1057 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHENANGO CHINA AREA FCU | 2,264.97 | 2,264.97 | 1,187.70 | 3,452.67 |
|     Acct: 0004 | | | | |
| | | | | 94,756.76 |
| **Priority** | | | | |
|   LOUIS POMERICO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN A. SPEIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN A. SPEIS | 1,193.49 | 1,193.49 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LOUIS POMERICO ESQ | 2,238.00 | 2,238.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 15-24674 CMB | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
| JAMESON HEALTH SYSTEM | 838.04 | 838.04 | 0.00 | 838.04 |
| Acct: 6264 | | | | |
| WESTLAKE FINANCIAL SERVICES(*) | 9,320.40 | 9,320.40 | 0.00 | 9,320.40 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 76.64 | 76.64 | 0.00 | 76.64 |
| Acct: XXXXXXXXGNER | | | | |
| | | | | 10,235.08 |
| Unsecured | | | | |
| ECMC(*) | 19,872.93 | 1,838.05 | 0.00 | 1,838.05 |
| Acct: 6264 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| BANK OF OKLAHOMA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1429 | | | | |
| BANK OF OKLAHOMA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7034 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8759 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8159 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0914 | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3839 | | | | |
| CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0586 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9058 | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8784 | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5368 | | | | |
| CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1820 | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8020 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4855 | | | | |
| DAVID WAGNER | 828.60 | 0.00 | 0.00 | 0.00 |
| Acct: 0778 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3007 | | | | |
| EASTERN ACCOUNT SYSTEM++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5149 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9297 | | | | |
| HERTZ LOCAL EDITION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1413 | | | | |
| HSBC AUTO FINANCE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7145 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9973 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2001 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0520 | | | | |

| 15-24674 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6920 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7178 | | | | |
| NCB MANAGEMENT SERVICES INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9973 | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| SHENANGO CHINA AREA FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| SNOW & SNOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRINGLEAF FINANCIAL SERVICES INC(* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4394 | | | | |
| SPRINGLEAF FINANCIAL SERVICES INC(* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4394 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8062 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0540 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0153 | | | | |
| TNB VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 622 | | | | |
| TWIN AIR HEATING AND COOLING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5753 | | | | |
| WEB BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9654 | | | | |
| WELLS FARGO HOME MORTGAGE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6411 | | | | |
| WELLS FARGO HOME MORTGAGE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0925 | | | | |
| WF FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3596 | | | | |
| DILLARDS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3800 | | | | |
| COLUMBIA GAS OF PA INC(*) | 1,054.49 | 97.53 | 0.00 | 97.53 |
| Acct: 6264 | | | | |
| OFFICE OF PROTHONOTARY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMESON HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,935.58 |

TOTAL PAID TO CREDITORS                                                                                         106,927.42

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 10,235.08 |
| SECURED | 27,491.17 |
| UNSECURED | 21.756.02 |

Date: 05/10/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com